UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Orlando Garcia**,

    Plaintiff,

  v.

**Dan Nichols**

    Defendants.

Case: 4:21-cv-04576-SBA

Judgment

    Pursuant to Federal Rule of Procedure 68(a), JUDGMENT is entered in favor of plaintiff Orlando Garcia and against defendant Dan Nichols in the amount of $4,100 for damages of any kind whatsoever provided pursuant to section 51 and 52 of the California Unruh Civil Rights Act and as allowed by law, plus reasonable and necessary attorneys' fees and/or costs to be determined by noticed motion. Plaintiff shall be entitled to recovery of all reasonably incurred attorney's fees, expenses allowed under the Americans with Disabilities Act and Unruh Civil Rights Act via noticed motion within sixty (60) days from the date of entry of judgement, including fees related to the motion for fees.

    Additionally, the Court orders Defendant to maintain its existing path of travel features, including the handrail, the doorbell for curb side service, and the

sign indicating such per the relevant Americans with Disabilities Act Accessibility Guidelines. Defendant must also maintain its written ADA policy and procedure manual, maintain its exiting features, as well as regularly inspect that these are usable by the disabled.

Dated: September 7, 2022

By: *Saundra B. Armstrong*  RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge

*Presented by*:
Amanda Seabock, Esq.
858-375-7385
amandas@potterhandy.com
Attorney for Plaintiff